IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-40133
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

VERSUS

JUAN JESUS TREVINO-GARCIA,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. M-98-CR-288-1
--------------------

September 22, 1999

Before DAVIS, EMILIO M. GARZA, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Juan Jesus Trevino-Garcia appeals his conditional guilty-plea conviction for possession with intent to distribute marijuana in violation of 21 U.S.C. § 841(b)(1)(B).  Trevino argues that the district court erred in denying his motion to suppress evidence obtained as the result of a traffic stop, in that the police stopped his vehicle without a reasonable suspicion of criminal activity, in violation of the Fourth Amendment.

Our review of the record and the parties' arguments convinces

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

us that the district court did not err in denying Trevino's motion to suppress.  The officer that executed the stop of Trevino, through his collective knowledge with the other involved officers, had a reasonable suspicion that Trevino violated § 545.060(a) of the Texas Transportation Code by weaving and crossing the dividing line of a five-lane highway.  See United States v. Coleman, 969 F.2d 126, 129 (5th Cir. 1992).  Accordingly, the officer's stop of Trevino was justified.  See United States v. Zucco, 71 F.3d 188, 190 (5th Cir. 1995).  The judgment of the district court is AFFIRMED.